**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01800-RPM

BARBARA A. GALVIN,

       Plaintiff,

  v.

UNITED STATES OF AMERICA,

       Defendant.

---

**ORDER FOR DISMISSAL**

---

Upon consideration of Plaintiff's Unopposed Motion to Dismiss with Prejudice [18], filed on April 28, 2009, it is

ORDRED that the above-entitled matter is dismissed, with prejudice, each party to bear their own attorney's fees and costs.  It is further

ORDERED that the hearing scheduled for April 30, 2009, is vacated.

Dated this 28th day of April, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge